1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNA VILLALOBOS<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION; RAMONA LOZADA, an individual; AMANDA FEARS, an individual; SANDY DENNINGTON, an individual; OSVALDO IBARRA, an individual; and DOES 1 through 100, inclusive<br><br>　　　　Defendants. | Case No. 2:23-CV-00622-DJC-JDP<br><br>**ORDER GRANTING SUPPLEMENTAL JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**<br><br>San Joaquin County Superior Court Case No. STK-CV-UOE-2023-571<br><br>Action Filed: January 25, 2023<br>Complaint Served: March 2, 2023<br>Trial Date: None Set |

1

In light of the Parties' stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Supplemental Joint Stipulation to Continue the Deadline to File a Joint Status Report and ORDERS that the Parties shall file a Joint Status Report pursuant to the provisions of F.R.Cv.P. 16 and 26, in accordance with Local Rule 240 and the Court's Case Management Order referenced on Judge Calabretta's webpage under Case Management Procedures, within thirty (30) days after Defendant's responsive pleading is due, pending Plaintiff's First Amended Complaint.

**IT IS SO ORDERED**

Dated: September 8, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING SUPPLEMENTAL JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT

98082632v.1