1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| SUSANNA VILLALOBOS | Case No. 2:23-CV-00622-JDP |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE THE DISCOVERY CUTOFF** |
| v. | |
| COSTCO WHOLESALE CORPORATION; and DOES 1 through 100, inclusive, | |
| Defendants. | |

**ORDER**

The Court, having reviewed the Parties' Amended Joint Stipulation To Continue Discovery Cutoff, and good cause appearing therefor, hereby accepts the Parties proposed schedule and modifies the November 3, 2023 Scheduling Order (Dkt. No. 30) to reflect the following new dates and deadlines:

| | |
|---|---|
| Fact Discovery Cutoff Date | 12/6/2024 |
| Joint Mid-Discovery Statement | 7/19/2024 |
| Expert Disclosure Deadline | 1/3/2025 |
| Supplemental Disclosure Deadline | 1/31/2025 |
| Expert Discovery Cutoff Date | 2/28/2025 |
| Dispositive Motion Filing Deadline | 5/9/2025 |
| Dispositive Motion Hearing | 6/26/2025 at 1:30 PM |
| Final Pretrial Conference | 10/9/2025 at 1:30 PM |
| Jury/Bench Trial | 12/1/2025 at 8:30 AM |

**IT IS SO ORDERED.**

Dated: June 21, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE