GRIMBERG LAW PC
Niran Grimberg, Esq. (SBN 327205)
16001 Ventura Blvd., Suite 120
Encino, CA 91436
Telephone: (818) 578-4969
niran@grimberglaw.com

Attorneys for Plaintiff
SUSANNA VILLALOBOS

SEYFARTH SHAW LLP
Lindsay S. Fitch (SBN 238227)
lfitch@seyfarth.com
Bradley D. Doucette (SBN 322611)
bdoucette@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:  (916) 448-0159
Facsimile:   (916) 558-4839

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSANNA VILLALOBOS<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION;<br>and DOES 1 through 100, inclusive<br><br>    Defendants. | Case No. 2:23-CV-00622-DJC-JDP<br><br>**ORDER REGARDING JOINT STIPULATION TO CONTINUE THE FACT DISCOVERY CUTOFF** |

1

Pursuant to the Parties' stipulation, the COURT HEREBY ORDERS AS FOLLOWS:

The new briefing scheduled is revised as follows:

| | |
|---|---|
| Expert Disclosure Deadline | 1/3/2025 |
| Fact Discovery Cutoff Date | 2/28/2025 |
| Expert Discovery Cutoff Date | 2/28/2025 |
| Supplemental Disclosure Deadline | 3/31/2025 |
| Dispositive Motion Filing Deadline | 5/9/2025 |
| Dispositive Motion Hearing | 6/26/2025 at 1:30 PM |
| Final Pretrial Conference | 10/9/2025 at 1:30 PM |
| Jury/Bench Trial | 12/1/2025 at 8:30 AM |

IT IS SO ORDERED.

Dated:  November 12, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE