GRIMBERG LAW PC
Niran Grimberg, Esq. (SBN 327205)
16001 Ventura Blvd., Suite 120
Encino, CA 91436
Telephone: (818) 578-4969
niran@grimberglaw.com

Attorneys for Plaintiff
SUSANNA VILLALOBOS

SEYFARTH SHAW LLP
Geoffrey C. Westbrook (SBN 281961)
gwestbrook@seyfarth.com
Bradley D. Doucette (SBN 322611)
bdoucette@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:  (916) 448-0159
Facsimile:   (916) 558-4839

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSANNA VILLALOBOS,<br><br>         Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION;<br>and DOES 1 through 100, inclusive<br><br>         Defendants. | Case No. 2:23-CV-00622-DJC-JDP<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST TO CONTINUE FACT AND EXPERT DISCOVERY** |

1

**ORDER**

Pursuant to the Parties' stipulated request, the Court hereby orders modification to the existing schedule as follows:

| | |
|---|---|
| Fact Discovery Cutoff Date | 4/25/2025 |
| Expert Discovery Cutoff Date | 4/25/2025 |
| Supplemental Disclosure Deadline | 4/25/2025 |
| Dispositive Motion Filing Deadline | 5/9/2025 (no change) |
| Dispositive Motion Hearing | 6/26/2025 at 1:30 PM (no change) |
| Final Pretrial Conference | 10/9/2025 at 1:30 PM (no change) |
| Jury/Bench Trial | 12/1/2025 at 8:30 AM (no change) |

IT IS SO ORDERED.

Dated:  January 31, 2025                                /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE