GRIMBERG LAW PC
Niran Grimberg, Esq. (SBN 327205)
16001 Ventura Blvd., Suite 120
Encino, CA 91436
Telephone: (818) 578-4969
niran@grimberglaw.com

Attorneys for Plaintiff
SUSANNA VILLALOBOS

SEYFARTH SHAW LLP
Geoffrey C. Westbrook (SBN 281961)
gwestbrook@seyfarth.com
Bradley D. Doucette (SBN 322611)
bdoucette@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:  (916) 448-0159
Facsimile:   (916) 558-4839

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSANNA VILLALOBOS,<br><br>          Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 100, inclusive<br><br>          Defendants. | Case No. 2:23-CV-00622-DJC-JDP<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER** |

**ORDER**

Pursuant to the Parties' stipulated request, and finding good cause, the Court hereby orders modification to the existing schedule as follows:

| | |
|---|---|
| Fact, Expert and Supplemental Disclosure Cutoff | 9/10/2025 |
| Dispositive Motion Filing Deadline | 9/10/2025 |
| Dispositive Motion Hearing | 11/13/2025 at 1:30 PM |
| Final Pretrial Conference | 2/26/2026 at 1:30 PM |
| Jury/Bench Trial | 4/27/2026 at 8:30 AM |

IT IS SO ORDERED.

Dated:  March 14, 2025                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE