UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SUSANNA VILLALOBOS<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 2:23-CV-00622-DJC-JDP<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING MODIFICATION OF THE SCHEDULING ORDER** |
|---|---|

# ORDER

Pursuant to the Parties' stipulated request, the Court hereby orders modification to the existing schedule as follows:

| | |
|---|---|
| Fact, Expert, and Supplemental Disclosure Cutoff | 10/10/2025 |
| Dispositive Motion Filing Deadline | 10/10/2025 |
| Rebuttal Expert Disclosure Cutoff | 10/24/2025 |
| Dispositive Motion Hearing | 12/18/2025 at 1:30 PM |
| Final Pretrial Conference | 2/26/2026 at 1:30 PM |
| Jury/Bench Trial | 4/27/2026 at 8:30 AM |

IT IS SO ORDERED.

Dated:  September 9, 2025            /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE