# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNA VILLALOBOS,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:23-CV-00622-DJC-JDP<br><br>**ORDER FOR ENTRY OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Action Filed:      September 29, 2023 |

Based on the parties' Stipulation for Entry of Dismissal of Entire Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, IT IS ORDERED:

1. The above-captioned action shall be dismissed with prejudice as to all claims and defendants; and

2. Each party shall bear its own attorneys' fees and costs of suit.

   **IT IS SO ORDERED.**

Dated:  February 23, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

323719124v.2